USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 26 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IN RE ELLEN TRACY, LLC,

                Debtor,

12 Civ. 00311 (AJN)

ALBERT TOGUT, AS CHAPTER 7 TRUSTEE OF
ELLEN TRACY, LLC

                Plaintiff,

Case No. 09-14994 (MG)

Chapter 7

-v-

Adv. Proc. 11-02757 (MG)

HILCO CONSUMER CAPITAL, L.P.; HILCO
CONSUMER CAPITAL, LLC; CJ APPAREL GROUP,
LLC; BRAND MATTER, LLC; WJ INVESTMENTS,
LLC; FASHIONOLOGY GROUP, LLC; STUART
JAMIESON; BARRY STERNLICHT; MATTHEW
EBY; JAMES J. SALTER; JEFFREY B. HECKTMAN;
KENNETH FINKELSTEIN; ISAAC BENITAH;
KENNETH RAGLAND; MARVIN TRAUB; WILLIAM
SWEEDLER; MARK MENDELSON; JAMES
AMMEEN,

                Defendants.

ORDER

-------------------------------------------------------------- X

ALISON J. NATHAN, District Judge:

      On July 12, 2012, the Court denied Defendants' motion to withdraw the reference of this matter to Bankruptcy Court "in order to allow the Bankruptcy Court to issue opinions on the pending motions." (Dkt. No. 15) The parties are hereby ORDERED to submit to the Court by July 3, 2013, a letter informing the Court of the status of the bankruptcy action.

Dated: June 26, 2013
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge

1